# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2997

_____

Glenn S. Cohen,

        Appellant,

        v.

Beachside Two-I Homeowners'
Association; Fredrick R. Krietzman;
Felhaber, Larson, Fenlon & Vogt, a
Professional Association; U.S.
Bancorp, doing business as U.S.
Bank Home Mortgage,

        Appellees.

              \* Appeal from the United States
              \* District Court for the
              \* District of Minnesota.

              \* [UNPUBLISHED]

_____

Submitted: April 3, 2008
Filed: April 9, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

    Glenn S. Cohen appeals the district court's[1] adverse grant of summary judgment in his lawsuit brought under the Fair Debt Collection Practices Act and state law. Having conducted de novo review of the record and the district court's construction

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

of state law, <u>see</u> <u>Cross v. Monett R-I Bd. of Educ.</u>, 431 F.3d 606, 610 (8th Cir. 2005), we find no basis for reversal.  Accordingly, we affirm, <u>see</u> 8th Cir. R. 47B, but we modify the dismissal of the breach-of-contract claims against Beachside Two-I Homeowners' Association to be without prejudice, <u>see</u> <u>Labickas v. Ark. State Univ.</u>, 78 F.3d 333, 334-35 (8th Cir. 1996) (per curiam).

_____